**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7915**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

ALIMAMY BARRIE,

             Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:14-cr-00006-PWG-1)

Submitted:  October 22, 2021                    Decided:  November 2, 2021

Before FLOYD, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alimamy Barrie, Appellant Pro Se.  Ellen Nazmy, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alimamy Barrie appeals the district court's orders denying his motion to review sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Barrie*, No. 8:14-cr-00006-PWG-1 (D. Md. Dec. 7, 2020; Nov. 6, 2020). We deny Barrie's pending motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*